**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **DONNA MARR**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>vs.<br>DONNA MARR,<br>           Defendant. | No. CR-4-16-70790<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON STATUS OF INDICTMENT** |

**STIPULATION**

This matter is currently set on August 18, 2016 for status of indictment. The parties jointly request that this matter be continued to September 8, 2016, in order to allow counsel to further consider discovery materials. The parties agree that waiver of time for indictment or preliminary examination and under the Speedy Trial Act for effective preparation of counsel is appropriate.

                              Respectfully Submitted,

1

Date: August 16, 2016         /S/-Brian Berson
                              BRIAN P. BERSON
                              Attorney for Donna Marr


Date: August 16, 2016         /S/-William Frentzen
                              WILLIAM FRENTZEN
                              Assistant United States Attorney




**[~~PROPOSED~~] ORDER**

For the reasons stated above, this matter will be continued from August 18, 2016 to September 8, 2016 at 9:30 a.m.

So ordered.


Dated: 817/16                 *Kandis Westmore*
                              THE HONORABLE KANDIS A. WESTMORE
                              United States Magistrate Judge

2