**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **DONNA MARR**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DONNA MARR, <br> Defendant. | No. CR-4-16-70790 <br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON STATUS OF INDICTMENT** |

**STIPULATION**

This matter is currently set on January 30, 2017 for status of indictment. The parties jointly request that this matter be continued to February 10, 2017, in order to allow counsel to further consider discovery materials. The parties agree that waiver of time for indictment or preliminary examination under the Speedy Trial Act for effective preparation of counsel is appropriate.

              Respectfully Submitted,

Date: January 25, 2017    /S/-Brian Berson

1

```
                                    BRIAN P. BERSON
                                    Attorney for Donna Marr


Date: January 25, 2017           /S/-William Frentzen
                                    WILLIAM FRENTZEN
                                    Assistant United States Attorney
```

### [~~PROPOSED~~] ORDER

For the reasons stated above, this matter will be continued from January 30, 2017 to February 10, 2017 at 9:30 a.m.

So ordered.

Dated: 1/27/17                    _____
                                  THE HONORABLE KANDIS A WESTMORE
                                  United States Magistrate Judge

2